USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
IN RE VIVENDI UNIVERSAL, S.A.                :
SECURITIES LITIGATION                        :
                                             :
This Document Relates To:                    :
                                             :   No. 02 Civ. 5571 (RJH (HBP)
                                             :
07 Civ. 5742        07 Civ. 7370             :
07 Civ. 7775        07 Civ. 7776             :   **STIPULATION AND ORDER**
07 Civ. 7778        07 Civ. 7779             :
07 Civ. 7863        07 Civ. 7803             :
07 Civ. 8208        07 Civ. 8156             :
07 Civ. 9229        07 Civ. 8830             :
07 Civ. 9593        07 Civ. 10578            :
07 Civ. 10954       07 Civ. 10995            :
07 Civ. 11092       07 Civ. 11297            :
07 Civ. 11305       07 Civ. 11483            :
07 Civ. 11484       07 Civ. 11485            :
07 Civ. 11628       08 Civ. 0024             :
08 Civ. 0116        08 Civ. 0117             :
08 Civ. 0418        08 Civ. 0908             :
08 Civ. 0950        08 Civ. 1111             :
08 Civ. 1938        08 Civ. 01973            :
08 Civ. 01974       08 Civ. 01983            :
08 Civ. 01975       08 Civ. 01985            :
----------------------------------------x

     **WHEREAS** Defendant Jean-Marie Messier served interrogatories upon the Plaintiffs in

the above captioned actions ("Individual Plaintiffs") on January 14, 2008, including contention

interrogatories, denominated Interrogatories 1-8 ("Messier's Contention Interrogatories");

     **WHEREAS** Individual Plaintiffs served interrogatories upon Defendants Jean-Marie

Messier, Vivendi Universal, S.A. and Guillaume Hannezo (collectively referred to as

"Defendants") on March 14, 2008, including contention interrogatories, denominated

Interrogatories 2-17 and 19 ("Individual Plaintiffs' Contention Interrogatories");

     **WHEREAS** during a court conference before the Honorable Henry Pitman, United

States Magistrate Judge, held April 3, 2008, Individual Plaintiffs and Defendants reached an

695533 v1
[4/10/2008 17:56]

agreement whereby both sides would withdraw their contention interrogatories and, in place of Defendants' Contention Interrogatories *and* Plaintiffs' Contention Interrogatories, by May 15, 2008, Individual Plaintiffs agreed to provide a list to Defendants identifying each alleged misrepresentation or omission on which they rely in support of their claims, and, by June 15, 2008, Defendants agreed to identify which defenses, if any, apply to each alleged misrepresentation or omission on Individual Plaintiffs' list;

**WHEREAS** Magistrate Judge Pitman's order of April 10, 2008 strikes Individual Plaintiffs' Contention Interrogatories but omits any mention of Defendants' Contention Interrogatories;

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED COUNSEL,** that Defendants withdraw Messier's Contention Interrogatories.

Dated: New York, New York
      April 11, 2008

Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Attorneys for Defendant Jean-Marie Messier*

Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700


Michael Paskin, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Stuart L. Berman
Schiffrin & Barroway, LLP
280 King of Prussia
Radnor, Pennsylvania 19087
(610) 667-7706

agreement whereby both sides would withdraw their contention interrogatories and, in place of Defendants' Contention Interrogatories *and* Plaintiffs' Contention Interrogatories, by May 15, 2008, Individual Plaintiffs agreed to provide a list to Defendants identifying each alleged misrepresentation or omission on which they rely in support of their claims, and, by June 15, 2008, Defendants agreed to identify which defenses, if any, apply to each alleged misrepresentation or omission on Individual Plaintiffs' list;

**WHEREAS** Magistrate Judge Pitman's order of April 10, 2008 strikes Individual Plaintiffs' Contention Interrogatories but omits any mention of Defendants' Contention Interrogatories;

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED COUNSEL,** that Defendants withdraw Messier's Contention Interrogatories.

Dated: New York, New York
       April 11, 2008


_____
Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Attorneys for Defendant Jean-Marie Messier*

_____
Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700


_____
Michael Paskin, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Stuart L. Berman /JRS
Stuart L. Berman
Schiffrin & Barroway, LLP
280 King of Prussia
Radnor, Pennsylvania 19087
(610) 667-7706

agreement whereby both sides would withdraw their contention interrogatories and, in place of Defendants' Contention Interrogatories *and* Plaintiffs' Contention Interrogatories, by May 15, 2008, Individual Plaintiffs agreed to provide a list to Defendants identifying each alleged misrepresentation or omission on which they rely in support of their claims, and, by June 15, 2008, Defendants agreed to identify which defenses, if any, apply to each alleged misrepresentation or omission on Individual Plaintiffs' list;

**WHEREAS** Magistrate Judge Pitman's order of April 10, 2008 strikes Individual Plaintiffs' Contention Interrogatories but omits any mention of Defendants' Contention Interrogatories;

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED**

**COUNSEL,** that Defendants withdraw Messier's Contention Interrogatories.

Dated: New York, New York
      April 11, 2008

_____
Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Attorneys for Defendant Jean-Marie Messier*

_____
Michael Paskin, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

_____
Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700

_____
Stuart L. Berman
Schiffrin & Barroway, LLP
280 King of Prussia
Radnor, Pennsylvania 19087
(610) 667-7706

Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Vivendi Universal S.A.*

Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorney for Defendant Guillaume Hannezo*

Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000

Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*

**SO ORDERED:**

Henry Pitman, United States Magistrate Judge

Dated:  New York, New York
          April __, 2008

_____
Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

_Attorneys for Defendant Vivendi Universal S.A._


_____
Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
_Attorney for Defendant Guillaume Hannezo_

_____
Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095


_____
Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000


_____
Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

_Attorneys for Individual Plaintiffs_


**SO ORDERED:**


_____
Henry Pitman, United States Magistrate Judge

Dated:  New York, New York
          April __, 2008

Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Vivendi Universal S.A.*

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorney for Defendant Guillaume Hannezo*

Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095

Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000

Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*

**SO ORDERED:**

Henry Pitman, United States Magistrate Judge

Dated: New York, New York
        April __, 2008

Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Vivendi Universal S.A.*

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorney for Defendant Guillaume Hannezo*

Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095

Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000

Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*

**SO ORDERED:**

Henry Pitman, United States Magistrate Judge

Dated:  New York, New York
        April 2, 2008