# EXHIBIT 1



**Grant & Eisenhofer P.A.**

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091 • Fax: 202-350-5908

www.gelaw.com

Direct Dial: 302-622-7095
Email: dzilka@gelaw.com

April 10, 2008

**Via Overnight Delivery**

Michael A. Paskins, Esq.
Michael T. Reynolds, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Michael J. Malone, Esq.
Lisa Albert, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Re: *In re Vivendi Universal S.A. Sec. Litig.*, 02 Civ. 5571 (RJH)
*Frankfurt-Trust Investment-Gesellschaft MBH, et al. v. Vivendi, S.A., et al,*
*(07-cv-7863)*

Dear Counsel:

We are serving herewith the amended summons and amended complaint in the above-referenced action which amends the initial complaint by substituting in plaintiffs Frankfurt-Trust Investment-Gesellschaft MBH and Frankfurt-Trust Invest Luxemburg AG as the real parties in interest. I trust you will accept service of these amended pleadings on behalf of your clients. If you will not, please let me know as soon as possible.

Very truly yours,

Diane Zilka

Enclosures

cc: Plaintiffs' counsel
    Defendants' counsel