## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2008, I caused a true and correct copy of the Memorandum of Law of Certain Plaintiffs in the Individual Actions in Opposition to Class Plaintiffs' "Motion Regarding Misleading Mass Mailing Sent to French Class Members"; Declaration of James J. Sabella; and Declaration of Alexander Reus to be served upon the following by email and by electronic filing using the CM/ECF system:

Arthur N. Abbey, Esq.  
Abbey Spanier Rodd & Abrams LLP  
212 East 39th Street  
New York, NY  10016  

Michael Spencer, Esq.  
Milberg LLP  
One Pennsylvania Plaza  
New York, NY  10119  

Brian C. Kerr, Esq.  
Dreier LLP  
499 Park Avenue  
New York, NY  10022  

Michael L. Calhoon, Esq.  
Baker Botts LLP  
1299 Pennsylvania Avenue, NW  
Washington, D.C.  20004-2400  

John A. Kehoe, Esq.  
Schiffrin Barroway Topaz & Kessler LLP  
280 King of Prussia Road  
Radnor, PA  19087  

William H. Narwold, Esq.  
Motley Rice LLC  
One Corporate Center  
20 Church Street  
Hartford, CT  06103  

Penny Reid, Esq.  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY  10153  

Paul Saunders, Esq.  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY  10019  

Michael J. Malone, Esq.  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY  10036  

Martin L. Perschetz, Esq.  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY  10022  

Anthony Harwood, Esq.  
Labaton Sucharow LLP  
140 Broadway  
New York, NY  10005  

Vincent R. Cappucci, Esq.  
Entwistle & Cappucci LLP  
280 Park Avenue  
New York, NY  10017  

_/s/ James J. Sabella_  
James J. Sabella (JS 5454)

1