UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| FRANKFURT-TRUST INVESTMENT-GESELLSCHAFT MBH AND FRANKFURT-TRUST INVEST LUXEMBURG AG,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO,<br><br>　　　　　　　　Defendants. | No. 07 CV 7863<br><br>JURY TRIAL DEMANDED<br><br>ECF CASE |

---

## AMENDED RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Frankfurter-Trust Investment-Gesellschaft mbH ("FT") and Frankfurter-Trust Invest Luxemburg AG ("FT Lux") (collectively, "Plaintiffs") certifies that (1) Plaintiffs are wholly-owned by BHF BANK Aktiengesellschaft, a private investment manager; and (2) there is no publicly-held corporation that owns more than 10% of Plaintiffs.

The undersigned, counsel of record for Plaintiffs, certifies that they are not aware of any interested parties other than those participating in the case.

Dated: July 1, 2008

**GRANT & EISENHOFER P.A.**

By: _____
Stuart M. Grant (SG-8157)
James J. Sabella (JS-5454)
Diane Zilka (DZ-9452)
Christine M. Mackintosh
485 Lexington Avenue
29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

**DIAZ REUS ROLFF & TARG LLP**
Alexander Reus (AR-4674)
100 SE Second Street, Suite 2610
Miami, Florida 33131
Telephone: (786) 235-5000
Facsimile: (786) 235-5005

*Attorneys for Plaintiffs*